```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22031
    MOHAMMED A BAZANKO
    EWA BAZANKO                                 CHAPTER 13

                                                JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-9790      SSN XXX-XX-4360

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/24/2007 and was confirmed 02/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED         17995.90           .00             .00
TARGET NATIONAL BANK       UNSECURED           438.48           .00             .00
INDYMAC BANK               CURRENT MORTG         .00            .00             .00
INDYMAC BANK               MORTGAGE ARRE    10000.00            .00             .00
INDYMAC BANK               UNSECURED        NOT FILED           .00             .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00            .00             .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE         .00            .00             .00
AMERICAN COLLECTION        UNSECURED        NOT FILED           .00             .00
FIA CARD/BANK OF AMERICA   UNSECURED        13105.95            .00             .00
ROUNDUP FUNDING LLC        UNSECURED         4854.78            .00             .00
CAPITAL ONE                UNSECURED        23694.01            .00             .00
ROUNDUP FUNDING LLC        UNSECURED         6355.60            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         3145.64            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED        11178.10            .00             .00
FORD MOTOR CREDIT          UNSECURED        14175.74            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         4527.45            .00             .00
ILLINOIS COLLECTION SE     UNSECURED        NOT FILED           .00             .00
LEASE FINANCE GROUP        UNSECURED        NOT FILED           .00             .00
NATIONAL CITY BANK ~       UNSECURED         3182.97            .00             .00
NICOR                      UNSECURED        NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          824.00            .00             .00
ASSET ACCEPTANCE CORP      UNSECURED         3272.99            .00             .00
CAPITAL ONE                UNSECURED         8185.90            .00             .00
CAPITAL ONE                UNSECURED         3444.51            .00             .00
FIA CARD/BANK OF AMERICA   UNSECURED        20491.53            .00             .00
PREMIER BANKCARD           UNSECURED          999.88            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          841.91            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          704.37            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         6643.16            .00             .00
CITIBANK USA               UNSECURED        NOT FILED           .00             .00
BENNIE W FERNANDEZ         DEBTOR ATTY       2,873.00                        1,033.34
TOM VAUGHN                 TRUSTEE                                              89.85

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22031 MOHAMMED A BAZANKO & EWA BAZANKO
```

```
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   1,123.19

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                     1,033.34
TRUSTEE COMPENSATION                                  89.85
DEBTOR REFUND                                           .00
                       ---------------      ---------------
TOTALS                    1,123.19                 1,123.19

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 09/24/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
     CASE NO. 07 B 22031 MOHAMMED A BAZANKO & EWA BAZANKO
```